CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM THE GWANGJU DISTRICT COURT IN GWANGJU, REPUBLIC OF KOREA IN THE MATTER OF *IN-SUNG JUNG v. YE-RIM PARK* | CASE NO. 25-mc-80183 <br><br> **DECLARATION OF SAPNA MEHTA IN SUPPORT OF UNITED STATES' EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

I, Sapna Mehta, declare:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California, counsel for the United States of America. I am a member of the State Bar of California and admitted to appear before this Court. With the exception of paragraph 4 of this declaration, which is made on the basis of personal knowledge, I make this declaration upon information and belief based upon the attached exhibits and communications with personnel in the United States Department of Justice, to which a Letter of Request has been transmitted for execution. This declaration is submitted in support of the United States' request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining information from Google LLC ("Google").

2.    In connection with a judicial proceeding before the Gwangju District Court in Gwangju, Republic of Korea ("Korean Court"), captioned *In-sung Jung v. Ye-rim Park*, Foreign Reference number

2025-F-954, the Korean Court issued a Letter of Request, dated February 26, 2025, seeking information from Google. The Letter of Request was transmitted to the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance in Washington, D.C., which then transmitted the Request to the U.S. Attorney's Office for the Northern District of California. A true and correct copy of the Letter of Request received from the Korean Court is attached as **Exhibit 1.**

3.  The specific information requested by the Korean Court is reflected in a proposed subpoena addressed to Google, which the United States intends to serve (in substantially similar format) upon appointment as Commissioner. A copy of the proposed subpoena is attached as **Exhibit 2.**

4.  On June 27, 2025, I sent a letter to Google transmitting the Letter of Request and inquiring if Google would provide the requested information voluntarily. Google responded on July 2, 2025 stating that it would require legal process and suggesting issuing a subpoena.

5.  To assist the Korean Court in obtaining the requested information, I respectfully request that this Court enter the proposed order submitted with this Application.

6.  No previous application for the relief sought herein has been made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and belief. Executed this 7th day of July, 2025, in San Francisco, California.

/s/ Sapna Mehta
SAPNA MEHTA