# EXHIBIT 2

1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  SAPNA MEHTA (CABN 288238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7478
7      FAX: (415) 436-6748
       sapna.mehta@usdoj.gov
8
   Attorneys for the United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12                                          )  CASE NO.
                                            )
13                                          )
   IN RE REQUEST FOR JUDICIAL              )  **COMMISSIONER'S SUBPOENA**
14 ASSISTANCE FROM THE GWANGJU             )
   DISTRICT COURT IN GWANGJU,              )
15 REPUBLIC OF KOREA IN THE MATTER         )
   OF *IN-SUNG JUNG v. YE-RIM PARK*        )
16                                          )
                                            )
17 _____ )

18     TO:    GOOGLE LLC
              1600 Amphitheatre Parkway
19            Mountain View, California 94043
              United States of America
20            google-legal-support@google.com

21            c/o Corporation Service Company
22            2710 Gateway Oaks Drive, Suite 150N
              Sacramento, CA 95833
23

24     I, Sapna Mehta, an Assistant United States Attorney, Northern District of California, U.S.

25 Department of Justice, acting under the authority of Title 28, United States Code, Section 1782, for the

26 purpose of rendering judicial assistance to the Republic of Korea, command that you provide to me

27 evidence for use in a pending legal proceeding in the Gwangju District Court in Gwangju, Republic of

28

Korea, captioned *In-sung Jung v. Ye-rim Park*, Foreign Reference No. 2025-F-954, said evidence being:

**Google Account information, including email address, name, phone number, date of birth, and address, for the specified YouTube channel as set forth in Attachment A.**

If you cannot produce a requested document (including, *inter alia*, because the document has been lost or destroyed), please provide the facts you rely upon in support of your contention that you cannot do so. To the extent a document is not produced because of an assertion of privilege, please state the specific privilege relied upon. If you object to producing only part of a requested document, please produce that portion of the document you do not object to producing and indicate what portion you have withheld based on an assertion of privilege.

Please produce the evidence, along with a notarized verification signed under penalty of perjury, by email to me at sapna.mehta@usdoj.gov and by mail at the address set forth below no later than _____, 2025.

> Sapna Mehta
> Assistant U.S. Attorney
> U.S. Attorney's Office for the Northern District of California
> 450 Golden Gate Avenue, Box 36055
> San Francisco, California, 94102

Please note that if you anticipate any charges for complying with this request, please contact me prior to mailing so that we can confirm the charges and the availability of funds.

For failure to provide said evidence, you may be deemed guilty of contempt and liable to penalties under the law. The recipient of this subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

DATED: July 7, 2025

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney

# ATTACHMENT A

# ITEMS TO BE PRODUCED

Please produce documents containing the following Personally-Identifying Information about the channel operators of the YouTube channel listed below:

The YouTube channel identified below spread false information about the Plaintiff, leading insult and defamation, especially bullying and cyberbullying aimed only at maliciously insulting the Plaintiff. Accordingly, the plaintiff in this case filed a civil suit for damages against the following channel operator as defendant, and since torts are being committed through your company's YouTube service, please produce documents for the following requirements in order to identify the defendant.

■ The following information from the person who runs **a channel 'https://www.youtube.com/channel/UCiGlYSdesBW5HUMRG7nlUlQ'** in the YouTube service operated by your company.

---

**[Google Account Information]**

-   Google Account ID, name, email, alternate emails, birthday, Google services being used, date account was deleted, account deletion IP address, last date account was updated, contact email, recovery email, recovery SMS, phone number, 2-Step Verification Phone Numbers, IP activity (about 3 months' timestamps, associated IP addresses, details of device/browser)